```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  MARY L. GRAD
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone:  916-554-2763
 5
 6
 7
 8           IN THE UNITED STATES DISTRICT COURT FOR THE
 9                  EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,        )   CR. NO. CR-S-96-282-JAM
                                     )
12         Plaintiff,                )   MOTION AND ORDER
                                     )   DISMISSING INDICTMENT
13      v.                           )
                                     )
14  JAMES DEARMAN,                   )
                                     )
15         Defendant.                )
    _____)
16
17      The United States of America, by and through its undersigned
18  attorney, Mary L. Grad, Assistant United States Attorney,
19  respectfully requests that this Court dismiss without prejudice
20  the above-captioned Superseding Indictment against defendant
21  JAMES DEARMAN.
22      This motion is made pursuant to the provisions of Rule 48(a)
23  of the Federal Rules of Criminal Procedure
24
    DATED: June 8, 2010              BENJAMIN B. WAGNER
25                                   United States Attorney
26
27                                   By  /s Mary L. Grad
                                           MARY L. GRAD
28                                   Assistant U.S. Attorney
```

1

O R D E R

It is ordered that the above-captioned Superseding Indictment be and is hereby dismissed without prejudice against JAMES DEARMAN.

DATED: June 8, 2010                /s/ John A. Mendez
                                   JOHN A. MENDEZ
                                   United States District Judge