BENJAMIN B. WAGNER
United States Attorney
MARY L. GRAD
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  916-554-2763

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. CR-S-96-282-JAM |
| | ) | |
| Plaintiff, | ) | MOTION AND ORDER |
| | ) | DISMISSING INDICTMENT |
| v. | ) | |
| | ) | |
| JAMES DEARMAN, | ) | |
| | ) | |
| Defendant. | ) | |
|_____| ) | |

The United States of America, by and through its undersigned

attorney, Mary L. Grad, Assistant United States Attorney,

respectfully requests that this Court dismiss without prejudice

the above-captioned Superseding Indictment against defendant

JAMES DEARMAN.

This motion is made pursuant to the provisions of Rule 48(a)

of the Federal Rules of Criminal Procedure

DATED: June 8, 2010                    BENJAMIN B. WAGNER
                                       United States Attorney


                                       By  /s Mary L. Grad
                                         MARY L. GRAD
                                       Assistant U.S. Attorney

1

1                               O R D E R

2

3        It is ordered that the above-captioned Superseding

4   Indictment be and is hereby dismissed without prejudice against

5   JAMES DEARMAN.

6

7   DATED: June 8, 2010                /s/ John A. Mendez
                                       JOHN A. MENDEZ
8                                      United States District Judge

2